UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-00605-SVW-SS | Date | March 10, 2016 |
|---|---|---|---|
| Title | Jennifer Lazarus Sales, Inc. v. GBG USA, Inc. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

　　　The Court, having received Mediation Report, filed by Mediator, Gail Killefer, filed March 9, 2016, moves the matter to the inactive calendar pending finalization of settlement. The parties shall proceed with the settlement as outlined during their conference. Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

:
Initials of Preparer　　　PMC